UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                    Case No: 8:14-cv-1568-T-30TGW

JOHN DOE,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. #8). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of September, 2014.

*[signature]*

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cv-1568 dismiss 8.docx